UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SEARCY, | Case No.: 1:18-cv-0490- LJO- JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

On July 2, 2018, the plaintiff informed the Court that the parties "have reached an agreement to resolve this action in its entirety." (Doc. 10 at 1) The plaintiff reports the settlement documents are being prepared, and the parties anticipate filing a stipulation to dismiss the action within sixty days. (*Id.*) Accordingly, the Court **ORDERS**:

1. A stipulation to dismiss **SHALL** be filed **no later than August 31, 2018**; and

2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  __July 3, 2018__            _____/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE